UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE FIRESTAR DIAMOND, INC.

24-cv-7936 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Appellee should file any opposition to appellant's motion for leave to appeal, Dkt. 3, on or before **October 28, 2024**.

SO ORDERED.

Dated: October 18, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge