UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAKHI BHANSALI,<br><br>        Appellant,<br><br>    -against-<br><br>RICHARD LEVIN, Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a/ A. Jaffe, Inc.,<br><br>        Appellee. | 24-cv-7936 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Appellant should file any reply to appellee's opposition brief, Dkt. 6, by Tuesday, November 5, 2024.

  SO ORDERED.

Dated: October 29, 2024
    New York, New York

                    _____
                     ARUN SUBRAMANIAN
                     United States District Judge