UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAKHI BHANSALI,

                Appellant,

  -against-                               24 **CIVIL** 7936 (AS)

## **JUDGMENT**

RICHARD LEVIN, Chapter 11 Trustee of Firestar
Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a
A. Jaffe, Inc.,

                Appellee.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2024, Bhansali's motion for leave to appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York

      November 8, 2024

                                                     **DANIEL ORTIZ**

                                                **Acting Clerk of Court**

                      **BY:**      *K. Mango*

                                                        **Deputy Clerk**